*1539*

FILED
NOV 0 7 2016
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 16-240 |
| v. | ) |
| | ) |
| RONALD LARRY LOCY | ) (18 U.S.C. §§ 2 and 669) |
| | ) |

## INFORMATION

The United States Attorney charges that:

### Background

At all times material to this Information:

1. The UPMC Health Plan was a "health care benefit program" as that term is defined in Title 18, United States Code, Section 24(b).

2. The defendant, RONALD LARRY LOCY, was the Senior Director of Claims of the UPMC Health Plan Claims Department.

3. An individual known to the United States Attorney ("Known Person One") was listed as an employee of the UPMC Health Plan Claims Department.

4. The UPMC Health Plan Claims Department operated an incentive based bonus program titled the Pay for Performance Plan (P4P) in which certain employees were eligible to receive bonus payments based on the volume of claims that were reviewed and processed using its MC400/MCNet claims management software system.

### COUNT ONE

9. From in and around January 2005 through in and around January 2013, in the Western District of Pennsylvania, the defendant, RONALD LARRY LOCY, did knowingly and willfully embezzle or otherwise convert to his benefit and the benefit of Known Person One,

moneys in excess of $100 that belonged to a health care benefit program, that is, the defendant RONALD LARRY LOCY would and did approve wages and P4P bonus payments for Known Person One for work that was not performed for the UPMC Health Plan.

In violation of Title 18, United States Code, Sections 2 and 669.

DAVID J. HICKTON
United States Attorney
PA ID No. 34524