IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

RONALD LARRY LOCY

Criminal No. 16-240

## ARRAIGNMENT PLEA

Defendant RONALD LARRY LOCY

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 __16__

_____
(Defendant's Signature)

_____
(Attorney for Defendant)