16-240

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh  X             Erie  _____             Johnstown  _____

Related to No. _____   Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1.  ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances
         (3 or more Defendants)
2.  _X_  Fraud and Property Offenses
2a. ____ Fraud and Property Offenses
         (3 or more Defendants)
3.  ____ Crimes of Violence
4.  ____ Sex Offenses
5.  ____ Firearms and Explosives
6.  ____ Immigration
7.  ____ All Others

Defendant's name:                  Ronald Larry Locy

Is Indictment waived:              _X_ Yes         ____ No

Pretrial Diversion:                ____ Yes         _X_ No

Juvenile proceeding:               ____ Yes         _X_ No

Defendant is:                      _X_ Male         ____ Female

Superseding Indictment or Information   ____ Yes    _X_ No

            Previous case number: _____

If superseding, previous case was/will be:

        _____ Dismissed on defendant's motion
        _____ Dismissed on governments' motion
        _____ After appellate action
        _____ Other (explain)

County in which first offense cited
occurred:                          Allegheny

Previous proceedings before
Magistrate Judge:                  _____

            Case No.:              _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant: ____ is in custody     ____ is not in custody

Name of Institution: _____

Custody is on: ____ this charge     ____ another charge

____ another conviction

____ State     ____ Federal

Detainer filed: ____ yes     ____ no

Date detainer filed: _____

Total defendants: __1__

Total counts: __1__

Data below applies to defendant No.: __1__

Defendant's name: Ronald Larry Locy

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 2 and 669 | Embezzlement in connection with health care | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 11/7/2016

ROBERT S. CESSAR
Assistant U.S. Attorney
PA ID No. 47736